Suite 900
400 Market Street
Philadelphia, PA 19106-2509
215-925-8400
Fax: 215-925-7516
Toll Free (888) 999-1962

# Freedman
# & Lorry, P.C.

COUNSELORS AT LAW
AND PROCTORS IN ADMIRALTY

**William H. Haller\***
215-931-2560

\*Admitted in PA, NJ, & NY

October 3, 2005



**BY UPS OVERNIGHT DELIVERY**
Clerk of Court
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> re:    **EEOC v. International Longshoremen's Association, Local 1694**
>        **Civil Action No. 05-628 (SLR)**

To the Clerk of Court:

I represent the International Longshoremen's Association, Local 1694 ("Union"), the Defendant in the above-captioned action. Please note that I am not a member of the Delaware Bar, nor am I admitted to the Bar of this court. I am, however, appearing in this matter on behalf of the Union and filing its initial pleading in this matter as permitted by D.Del. L.R. 83.5(e). Pursuant to that Rule, I will be associating with a Delaware attorney and seeking admission *pro hac vice* within the next thirty days.

Enclosed please find a computer diskette containing, for filing, the Union's answer to the complaint in this matter in electronic format. Also enclosed is a paper copy of the answer. I would appreciate your returning the diskette to me in the enclosed postage-paid return envelope after downloading the document to be filed.

Thanking you for your consideration, I remain,

Very truly yours,

FREEDMAN AND LORRY, P.C.

WILLIAM H. HALLER

WHH/bh
Enclosures
cc:    Rachel M. Smith, Trial Attorney
       Rudolph Contreras, Assistant U.S. Attorney