IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) )   C.A. No. 05-628 (SLR) |
| v. | ) ) ) |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

**PLEASE ENTER MY APPEARANCE** on behalf of Defendant, International Longshoreman's Association, Local 1694.

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
800 King Street
Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
skaufman@hgkde.com

Attorney for: Defendant International Longshoreman's Association, Local 1694

Date: October 10, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 05-628 (SLR) |
| v. | ) ) ) |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

    I hereby certify that on October 10, 2005, I electronically filed an Entry of Appearance on behalf of Defendant International Longshoreman's Association, Local 1694 with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Rudolph Contreras, Esquire
    Assistant United States Attorney
        Chief, Civil Division
    1007 N. Orange Street
    Suite 700
    Wilmington, DE 19801
    Rudolph.Contreras@usdoj.gov

    I hereby certify that on October 10, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

    Rachel M. Smith, Esquire
    Equal Employment Opportunity Commission
    Philadelphia District Office
    21 South 5th Street
    Suite 400
    Philadelphia, PA 19106

    */s/ Susan E. Kaufman*
    Susan E. Kaufman (DSB # 3381)
    Heiman, Gouge & Kaufman, LLP
    800 King Street
    Suite 303
    Wilmington, DE  19801
    302-658-1800
    skaufman@hgkde.com