IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) Civil Action No. 05-628 (SLR) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | )<br>)<br>) |
| Defendant. | )<br>) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **JUDITH A. O'BOYLE** and **RACHEL M. SMITH** to represent Plaintiff EEOC in this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

_____
RUDOLPH CONTRERAS
Assistant U.S. Attorney
Chief, Civil Division
The Nemours Building
1007 North Orange Street, Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277 ext. 154
Rudolph.Contreras@usdoj.gov

Dated: October 17th, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____   _____
                            Honorable Sue L. Robinson
                            United States District Court Judge
                            District of Delaware

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: October 11, 2005             Signed: _____
                                   Judith A. O'Boyle
                                   Supervisory Trial Attorney
                                   *Equal Employment Opportunity*
                                   *Commission*
                                   Philadelphia District Office
                                   21 South Fifth Street, Suite 400
                                   Philadelphia, PA 19106
                                   (215) 440-2669
                                   PA Bar ID No: 61588

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.5 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: October 11, 2005         Signed: *Rachel M. Smith*
                                      Rachel M. Smith
                                      Trial Attorney
                                      *Equal Employment Opportunity*
                                       *Commission*
                                      Philadelphia District Office
                                      21 South Fifth Street, Suite 400
                                      Philadelphia, PA 19106
                                      (215) 440-2642
                                      PA No. 92015

## CERTIFICATE OF SERVICE

     I hereby certify that on this 17th day of October 2005, I electronically filed the attached MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF which will make service upon Counsel for defendant International Longshoreman's Association, Local 1694:

Susan E. Kaufman
Heiman, Gouge & Kaufman, LLP
800 King Street
Suite 303
Wilmington, DE 19801

 

RUDOLPH CONTRERAS
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277