IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-628 (SLR) |
| v. | ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendants. | ) ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William H. Haller, Esquire to represent Defendant International Longshoreman's Association, Local 1694 in this matter.

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
skaufman@hgkde.com

Attorney for: Defendant International
Longshoreman's Association, Local 1694

Date: October 17, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the Commonwealth of Pennsylvania and of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted X to the Clerk's Office upon the filing of this motion.

Date: 10/11/05

Signed: _William H. Haller_
William H. Haller
Freedman and Lorry, P.C.
400 Market Street
Suite 900
Philadelphia, PA 19106-2509
(215) 931-2560

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-628 (SLR) |
| v. | ) ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the Motion and Order For Admission Pro Hac Vice for William H. Haller to represent the International Longshoreman's Association, Local 1694 with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rudolph Contreras, Esquire
Assistant United States Attorney
   Chief, Civil Division
1007 N. Orange Street
Suite 700
Wilmington, DE 19801
Rudolph.Contreras@usdoj.gov


I hereby certify that on October 17, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Rachel M. Smith, Esquire
Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street
Suite 400
Philadelphia, PA 19106

*Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19801
302-658-1800
skaufman@hgkde.com