IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694<br>*Defendant.* | Civil Action No. 05-0628 (SLR)<br><br><br>SCHEDULING ORDER |

At Wilmington this ꟷ29thꟷ day of November, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26 (f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2 (a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26 (a) (1) and D. Del. LR 16.2.

2. **Discovery**.

   (a) Discovery will be needed on the following subjects:

   1. Whether or not International Longshoreman's Association, Local 1694 denied Cecil Edwards employment opportunities in violation of the Age Discrimination in Employment Act and the extent of Mr. Edwards' damages.

   (b) All discovery shall be commenced in time to be completed by **March 15, 2006**.

   (c) Maximum of **25** interrogatories by each party to any other party.

   (d) Maximum of **25** requests for admission by each party to another party.

(e) Maximum of **10** depositions by each plaintiff and by defendant.

(f) Each deposition limited to a maximum of 7 hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26 (a) (2) on issues for which any party has the burden of proof due by **April 15, 2006**. Rebuttal expert reports due by **May 15, 2006**.

(h) **Discovery Disputes.** Any discovery disputes shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to two (2) Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before **February 1, 2006**.

4. **Settlement Conference.** Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

~~5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **March 15, 2006**. Briefing shall be pursuant to D.Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave from the court.~~ [SLR]

5. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

6. A telephonic status conference will be conducted on Wednesday, March 29, 2006 at 4:30 p.m. Counsel for defendant shall initiate the call.

2

7.  **Motions in Limine.** All motions in limine shall be filed on or before [**two weeks before the pretrial conference**]. All responses to said motions shall be filed on or before [**one week before pretrial conference**]

8.  **Pretrial Conference.** A pretrial conference will be held on _____ at _____ m. in Courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, DE. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.  **Trial.** This matter is scheduled for a **four (4) day jury** trial commencing on _____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge