IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-628 (SLR) |
| v. | ) ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

    I hereby certify that on January 3, 2006, I electronically filed this Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Rudolph Contreras, Esquire
    Assistant United States Attorney
        Chief, Civil Division
    1007 N. Orange Street
    Suite 700
    Wilmington, DE 19801
    Rudolph.Contreras@usdoj.gov


    I hereby certify that on January 3, 2006, I mailed a copy of the Request for Production of Documents Directed to the Plaintiff and this Notice of Service, by United States Postal Service, to the following non-registered participants:

    Rachel M. Smith, Esquire
    Equal Employment Opportunity Commission
    Philadelphia District Office
    21 South 5th Street
    Suite 400
    Philadelphia, PA 19106

                                                               */s/ Susan E. Kaufman*
                                                                Susan E. Kaufman (DSB # 3381)
                                                                Heiman, Gouge & Kaufman, LLP
                                                                800 King Street, Suite 303
                                                                Wilmington, DE  19801
                                                                302-658-1800
                                                                skaufman@hgkde.com