**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-CV- 0628 (SLR) |
| v. | ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendant, | ) | |

**NOTICE OF SERVICE**

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **January 10, 2006**, I deposited copies of the following document:

**(1)   FIRST SET OF INTERROGATORIES**
**(2)   FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

**William H. Haller, Esquire**
Freedman & Lorry, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106-2509
(215) 931-2560

**Susan E. Kaufman, Esquire**
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
DSB #3381

JUDITH A. O'BOYLE
Supervisory Trial Attorney

BY:   */s/ Rachel M. Smith*
RACHEL M. SMITH
Trial Attorney
U.S. EEOC
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642