IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | 05-628 (SLR) |
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1694, | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION**

TO:   Rachel M. Smith, Trial Attorney
U.S. Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse, Suite 400
21 South Fifth Street
Philadelphia, PA  19106

PLEASE TAKE NOTICE that on Thursday, February 2, 2006, at 10:00 a.m., the undersigned will take the deposition of Cecil Edwards pursuant to the Rules of Civil Procedure.  The deposition will be held at the offices of Heiman, Gouge & Kaufman, LLP, 800 King Street, Suite 303, Wilmington, Delaware, and oral examination will continue from day to day until completed.

FREEDMAN AND LORRY, P.C.

By: */s/ William H. Haller*
WILLIAM H. HALLER
1601 Market Street, 2nd Floor
Philadelphia, PA  19103
(215) 931-2560

Attorneys for Defendant

Dated: January 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-628 (SLR) |
| v. | ) ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on January 11, 2006, I electronically filed the Notice of Deposition of Cecil Edwards with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Rudolph Contreras, Esquire
    Assistant United States Attorney
        Chief, Civil Division
    1007 N. Orange Street, Suite 700
    Wilmington, DE 19801
    Rudolph.Contreras@usdoj.gov

    I hereby certify that on January 11, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

    Rachel M. Smith, Esquire
    Equal Employment Opportunity Commission
    Philadelphia District Office
    21 South 5th Street, Suite 400
    Philadelphia, PA 19106

                                                */s/ Susan E. Kaufman*
                                               Susan E. Kaufman (DSB # 3381)
                                               Heiman, Gouge & Kaufman, LLP
                                               800 King Street, Suite 303
                                               Wilmington, DE 19801
                                               302-658-1800
                                               skaufman@hgkde.com