**United States Equal Employment Opportunity Commission**
**Philadelphia District Office**
**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2642**

**Rachel M. Smith, Trial Attorney**
**RMS-7452**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) ) | PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendant. | ) | |

AND NOW, the Plaintiff, the Equal Employment Opportunity Commission files the following Motion to Compel Discovery. In support thereof, it respectfully represents to the Court as follows:

1.   Plaintiff brought this action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Cecil Edwards who was adversely affected by such unlawful practices.

2.   On January 3, 2006 Defendant, ILA, Local 1694 served Plaintiff with Requests for Production of Documents.

3. On January 10, Plaintiff, EEOC, served Defendant, ILA Local 1694, with its First Set of Interrogatories and Requests for Production of Documents. (See attached, Exhibits 1 and 2)

4. Pursuant to Rules 33(b)(3) and 34(b) of the Federal Rules of Civil Procedure, Plaintiff's discovery responses were due on or before February 2, 2006, and Defendant's discovery responses were due on or before February 9, 2006.

5. Plaintiff, EEOC served its responses to Defendant's discovery in a timely manner on January 31, 2006.

6. Defendant failed to serve its discovery responses by February 9, 2006.

7. Defendant did not seek an extension of time to provide answers to the Commission's discovery requests until February 14, 2006 (at that time, five (5) days past due).

8. The Commission granted a ten day extension to February 24, 2006 to respond to its discovery requests.

9. Defendant failed to serve discovery responses by February 24, 2006.

10. On February 24, 2006, the undersigned spoke to Defendant's counsel regarding the overdue discovery responses and granted an additional extension to March 1, 2006 to provide full and complete responses to the pending interrogatories and requests for production.

11. Despite this second extension, Defendant again failed to serve its responses and objections to the Commission's discovery requests on March 1, 2006, nor did Defendant's counsel request an additional extension of time to answer.

12. The Commission has provided two (2) extensions to Defendant to respond to the Commission's Interrogatories and Requests for Production of Documents. To date, Defendant's responses are 22 days past due.

13. The information sought by the Commission in these Interrogatories and Requests for Production of Documents is essential to the prosecution of this matter.

14. The discovery end date in this case is March 15, 2006. While Defendant has had the advantage of defending its case against the Commission with written discovery responses, the Commission has been forced to continue to litigate on behalf of Mr. Edwards and the public interest without the benefit of answers to its own discovery requests.

15. Due to Defendant's failure to adhere to Fed. R. Civ. P. 33 and 34, it has waived any objection to any of the pending interrogatories and requests for production, as Defendant did not submit any timely objections.

16. The undersigned has made good faith attempts to communicate with Defendant's counsel so as to avoid the necessity of having to engage in motion practice. However, these attempts have failed, as Defendant has yet to provide his discovery responses.

17. Pursuant to Rule 37 of the Federal Rule of Civil Procedure, this Honorable Court is empowered to enter an Order compelling the Defendant to provide full and complete discovery responses and impose sanctions.

18. For the reasons set forth herein, the undersigned seeks a court order compelling Defendant to provide full and complete answers to interrogatories and responses to requests for production within ten days, confirming that all objections to the interrogatories and requests for production have been waived.

WHEREFORE, Defendant, the Equal Employment Opportunity Commission respectfully requests that this motion to compel be granted.

          Respectfully submitted,

          JUDITH A. O'BOYLE
          Supervisory Trial Attorney


          /s/ *Rachel M. Smith*
          RACHEL M. SMITH
          Trial Attorney
          U.S. E.E.O.C.
          21 South 5th Street, Suite 400
          Philadelphia, PA 19106
          (215) 440-2642

Date:   March 3, 2006

**United States Equal Employment Opportunity Commission**
**Philadelphia District Office**
**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2642**

Rachel M. Smith, Trial Attorney
RMS-7452

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vi. )<br>)<br>)<br>INTERNATIONAL LONGSHOREMAN'S )<br>ASSOCIATION, LOCAL 1694 )<br>)<br>Defendant. ) | Civil Action No.<br><br>PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES |

### CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37 (B)

I, Rachel M. Smith, Esq. hereby certify that I made good faith attempts to resolve the matter set forth in the within Motion to Compel. I granted Defendant's counsel two courtesy extensions to respond to the overdue discovery requests. Despite being granted additional time, Plaintiff's counsel has failed to supply answers to interrogatories and responses to requests for production.

/s/ *Rachel M. Smith*
RACHEL M. SMITH
Trial Attorney
U.S. E.E.O.C.

Date: March 3, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vii. | ) ) ) |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) |
| Defendant. | ) |

Civil Action No.

PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES

## **ORDER**

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion to Compel filed by Plaintiff, Equal Employment Opportunity Commission, it is hereby ORDERED as follows:

1. Defendant shall submit full, complete and verified answers to the Interrogatories and full and complete responses to the Requests for Production of Documents served by Plaintiff, Equal Employment Opportunity Commission within ten (10) days of the date of this Order.

2. Defendant has waived any and all objections to the Interrogatories and Requests for Production served by Plaintiff, Equal Employment Opportunity Commission.

It is further ORDERED that failure to comply with this order may result in the imposition of additional sanctions.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I, Rachel M. Smith, counsel for Plaintiff, hereby certify that on this **3rd** day of **March**, **2006**, a true and correct copy of the foregoing Plaintiff EEOC's Motion to Compel Defendant's Discovery Responses was sent to the following:

By Electronic Notification and Regular U.S. Mail

William Haller, Esq.
Freedman & Lorry, P.C.
1601 Market Street, 2nd Floor
Philadelphia, PA 19103

Susan Kaufman, Esq.
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801

Attorneys for Defendant

DATE: March 3, 2006

s/ *Rachel M. Smith*
**RACHEL M. SMITH**
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Philadelphia District Office
The Bourse
21 S. 5th Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642