**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-CV- 0628 (SLR) |
| v. | ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendant, | ) | |

## NOTICE OF SERVICE

I, Rachel M. Smith, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on **March 3, 2006** I deposited copies of the following document:

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES
WITH ATTACHED EXHIBITS**

By Electronic Notification and into the United States Mail, First Class, postage prepaid, causing said document to be delivered to counsel at the following address:

| | |
|---|---|
| **William H. Haller, Esquire** | **Susan E. Kaufman, Esquire** |
| Freedman & Lorry, P.C. | 800 King Street, Suite 303 |
| 400 Market Street, Suite 900 | P.O. Box 1674 |
| Philadelphia, PA 19106-2509 | Wilmington, DE 19801 |
| (215) 931-2560 | (302) 658-1800 |
| | DSB #3381 |

JUDITH A. O'BOYLE
Supervisory Trial Attorney

BY:   */s/ Rachel M. Smith*
RACHEL M. SMITH
Trial Attorney
U.S. EEOC
21 South Fifth Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642