**United States Equal Employment Opportunity Commission**
**Philadelphia District Office**
**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2642**

**Rachel M. Smith, Trial Attorney**
**RMS-7452**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY     )
COMMISSION,                      )
                                 )     Civil Action No. 05-cv-628
            Plaintiff,           )
                                 )
v.                               )
                                 )
INTERNATIONAL LONGSHOREMAN'S     )
ASSOCIATION, LOCAL 1694          )
                                 )
            Defendant.           )

## NOTICE OF WITHDRAWAL OF
## PLAINTIFF, EEOC'S, MOTION TO COMPEL DISCOVERY RESPONSES

AND NOW, the Plaintiff, the Equal Employment Opportunity Commission files this Notice of Withdrawal of its Motion to Compel Discovery Responses filed on March 3, 2006. Defendant provided the requested responses on March 8, 2006, which now renders moot the aforementioned motion.

WHEREFORE, Plaintiff, the Equal Employment Opportunity Commission respectfully requests that the Motion to Compel be withdrawn.

Respectfully submitted,

JUDITH A. O'BOYLE
Supervisory Trial Attorney

1

/s/ *Rachel M. Smith*
RACHEL M. SMITH
Trial Attorney
U.S. E.E.O.C.
21 South 5th Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642

Date:   March 8, 2006

## CERTIFICATE OF SERVICE

I, Rachel M. Smith, counsel for Plaintiff, hereby certify that on this **8th** day of **March**, **2006**, a true and correct copy of the foregoing Notice of Plaintiff EEOC's Withdrawal of its Motion to Compel Defendant's Discovery Responses was sent to the following:

By Electronic Notification

William Haller, Esq.
Freedman & Lorry, P.C.
1601 Market Street, 2nd Floor
Philadelphia, PA 19103

Susan Kaufman, Esq.
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801

Attorneys for Defendant

DATE: March 8, 2006

s/ *Rachel M. Smith*
RACHEL M. SMITH
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Philadelphia District Office
The Bourse
21 S.  5th Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642

3