**United States Equal Employment Opportunity Commission**
**Philadelphia District Office**
**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2642**

**Rachel M. Smith, Trial Attorney**
**RMS-7452**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-cv-628 |
| v. | ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendant. | ) | |

**STIPULATION TO REQUEST AN**
**EXTENSION OF DISCOVERY**

Plaintiff, EEOC, by and through its counsel, Rachel M. Smith, and Defendant, International Longshoreman's Association, Local 1694, by and through its counsel, William Haller, and local counsel, Susan Kaufman, agree and stipulate to the following request:

1. That the discovery end date of March 15, 2006, in this matter be extended for a period of 14 days until March 29, 2006.

2. No other extensions of time have been requested or granted.

Respectfully submitted,

/s/ William H. Haller, Esq.                                  */s/ Rachel M. Smith*
William H. Haller, Esq.                                      RACHEL M. SMITH,
Freedman & Lorry, P.C.                                       Trial Attorney
1601 Market Street, 2nd Floor                                U.S. E.E.O.C.
Philadelphia, PA 19103                                       21 South 5th Street, Suite 400
                                                             Philadelphia, PA 19106

1

/s/ Susan Kaufman, Esq.
Susan Kaufman, Esq.
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801


Dated:  March 8, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-cv-628 |
| vi. | ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Stipulation to Request an Extension of Discovery by both parties, it is hereby ORDERED:

That the Stipulation to Request an Extension of Discovery by 14 days to March 29, 2006 is HEREBY GRANTED.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE