**United States Equal Employment Opportunity Commission**
**Philadelphia District Office**
**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2642**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-cv-628 |
| v. | ) ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendant. | ) | |

## SECOND STIPULATION TO REQUEST AN
## EXTENSION OF DISCOVERY

Plaintiff, EEOC, by and through its counsel, Rachel M. Smith, and Defendant, International Longshoreman's Association, Local 1694, by and through its counsel, William Haller, and local counsel, Susan Kaufman, agree and stipulate to the following request:

1. That the extended discovery end date of March 29, 2006, in this matter be extended for an additional period of 14 days until April 12, 2006 for the following reason:

Plaintiff, EEOC was recently informed that a third party witness may not be available for his scheduled deposition on March 29, 2006. As he is represented by counsel in a related lawsuit, neither the witness nor the attorney would be available for this deposition until after March 29, 2006, past the current extended discovery deadline.

2. One prior request of a 14 day extension of discovery has been made to and granted by this Court.

1

                                            Respectfully submitted,

| | |
|---|---|
| /s/ *William H. Haller* | /s/ *Rachel M. Smith* |
| William H. Haller, Esq. | RACHEL M. SMITH, |
| Freedman & Lorry, P.C. | Trial Attorney |
| 1601 Market Street, 2nd Floor | U.S. E.E.O.C. |
| Philadelphia, PA 19103 | 21 South 5th Street, Suite 400 |
| | Philadelphia, PA 19106 |

/s/ *Susan Kaufman, Esq.*
Susan Kaufman, Esq.
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801

Dated: March 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. 05-cv-628 |
| Plaintiff, | ) | |
| vi. | ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694 | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of this Second Stipulation to Request an Extension of Discovery by both parties, it is hereby ORDERED:

That the Stipulation to Request an Extension of Discovery by 14 days to April 12, 2006, 2006 is HEREBY GRANTED.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE