IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
EQUAL EMPLOYMENT OPPORTUNITY   )
COMMISSION,                    )
                               )
         Plaintiff,            )
                               )
    v.                         )   Civ. No. 05-628-SLR
                               )
INTERNATIONAL LONGSHOREMAN'S   )
ASSOCIATION LOCAL 1694,        )
                               )
         Defendant.            )
```

**O R D E R**

At Wilmington this 30th day of March, 2006, having conferred with the parties;

IT IS ORDERED that:

1. On or before **September 19, 2006** the parties shall inform the court if they intend to proceed with a bench or jury trial in the above captioned case.

2. A pretrial conference will be held on **Thursday, October 5, 2006 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

3. A two day trial shall commence on **Thursday, October 19, 2006** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated

a total number of hours in which to present their respective cases.

                                                      _____
                                                     United States District Judge