IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff | ) ) | Civil Action No. 05-cv-628 |
| v. | ) ) | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694, | ) ) | |
| Defendant. | ) | |

## STIPULATION AS TO LIABILITY

The parties to this action, by their undersigned counsel, hereby stipulate as follows:

1. On August 29, 2005, Plaintiff EEOC, filed a Complaint in the District Court of Delaware on behalf of Cecil Edwards, alleging that Defendant, ILA, violated Section 7(b) of the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 626 (b) by denying training opportunities to ILA member Cecil Edwards and as a result, Mr. Edwards suffered lost wages. The Complaint sought backpay and liquidated damages, as well as equitable and injunctive relief.

2. Defendant hereby stipulates to its liability, which is limited to the admission that Defendant violated the ADEA by denying Cecil Edwards training opportunities in September of 2003, on the basis of his age, as alleged in Plaintiff's Complaint.

3. The matter of monetary damages remains contested. Defendant specifically denies that Mr. Edwards has suffered any pecuniary loss as a result of Defendant's actions.

Respectfully submitted,

/s/ William H. Haller, Esq.
William H. Haller, Esq.
Freedman & Lorry, P.C.
1601 Market Street, 2nd Floor
Philadelphia, PA 19103

/s/ Rachel M. Smith
RACHEL M. SMITH,
Trial Attorney
U.S. E.E.O.C.
21 South 5th Street, Suite 400
Philadelphia, PA 19106

/s/ Susan E. Kaufman, Esq.
Susan E. Kaufman, Esq. (DSB #3381)
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801

Dated: April 12, 2006