IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT<br>  OPPORTUNITY COMMISSION, | : <br> : <br> : | |
| Plaintiff, | : <br> : | |
| v. | : <br> : | Civil Action No. 05-628-SLR |
| INTERNATIONAL LONGSHOREMAN'S<br>  ASSOCIATION LOCAL 1694 | : <br> : <br> : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**
**AND ENTRY OF APPEARANCE**

Notice is hereby given to the substitution of Douglas E. McCann, Assistant U.S. Attorney, in place of Rudolph Contreras as the attorney for the Plaintiff in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY:     /s/
        Douglas McCann
        Assistant United States Attorney
        Delaware Bar I.D. No. 3852
        The Nemours Building
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277

Dated:     April 26, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 05-628-SLR |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION LOCAL 1694 : : : | |
| Defendant. : | |

**CERTIFICATE OF SERVICE**

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 26th day of April I caused copies of the foregoing Notice of Substitution of Counsel and Entry of Appearance to be served on the following counsel in the matter indicated as follows.:

> **Susan E. Kaufman**
> Heiman, Gouge & Kaufman, LLP
> 800 King Street, Suite 303
> P.O. Box 1674
> Wilmington, DE 19899

> /s/
> Marie Steel
> Legal Assistant