**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-628-SLR |
| | : | |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, LOCAL 1694, | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

At Wilmington this **1st** day of **August, 2006**,

IT IS ORDERED that the mediation conference tentatively scheduled for Wednesday, August 30, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligation to information out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

<u>/s/ Mary Pat Thynge</u>
UNITED STATES MAGISTRATE JUDGE